■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK POOLE, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's sole contention is that the suppression court erred in finding that the police had probable cause for his warrantless arrest. The court properly found that the facts upon which the officer acted were sufficient to provide reasonable cause to believe that a crime had been committed and that defendant was the perpetrator (see, CPL 140.10; *People v Moore,* 47 NY2d 911; *People v Marner,* 47 NY2d 982, *cert denied* 444 US 971). (Appeal from judgment of Monroe County Court, Wisner, J.—murder, second degree.) Present—Dillon, P. J., Callahan, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN IPPOLITO, Appellant.—Judgment unanimously affirmed. Memorandum: The sole issue on appeal is whether defendant was denied the effective assistance of counsel. Here, our review of the evidence, the law and the circumstances of the case, viewed together and as of the time of representation, reveals that counsel was a reasonably competent attorney who provided defendant with meaningful representation (see, *People v Satterfield,* 66 NY2d 796; *People v Baldi,* 54 NY2d 137). (Appeal from judgment of Supreme Court, Monroe County, Reed, J.—driving while intoxicated, and other charges.) Present—Dillon, P. J., Callahan, Balio, Lawton and Davis, JJ.